UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF

    Richard P. Liebowitz,
    Bar Roll Number 519950,

          Respondent.

ORDER OF SUSPENSION

        By Order duly entered on November 30, 2020, the United States District Court for the Southern District of New York suspended the Respondent pending the outcome of current proceedings before the Committee on Grievances for the U.S. District Court for the Southern District of New York. Pursuant to Rule 83.4 of the Local Rules of the Northern District of New York, upon the filing of a certified copy of such Order, upon this Court's examination of the record resulting in the discipline imposed in such Order, and upon this Court's finding that the Respondent, Richard P. Liebowitz, was admitted to practice before this Court on March 24, 2016, it is hereby

        ORDERED, that pursuant to Rule 83.4 of the Local Rules of the Northern District of New York, Richard P. Liebowitz is suspended from the practice of law before this Court, effective immediately and until further Order of this Court; and

        ORDERED, that, for the period of suspension, Richard P. Liebowitz is forbidden to appear as an attorney or counselor-at-law before this Court, and is commanded to desist and refrain from the practice of law in any form as principal, agent, clerk or employee of another as it relates to matters before this Court; and it is further

        ORDERED, that as to the following matters pending in this Court:

| Case Number | Case Name |
|---|---|
| 5:19-cv-00566-TJM-ATB | Bass v. Syracuse University |
| 1:19-cv-00869-TJM-CFH | Shapiro v. C.B. Prime Properties, Inc. |
| 1:19-cv-01266-FJS-CFH | Verch v. Moodie Bluez Consulting Corp. |
| 1:20-cv-00121-MAD-DJS | Pangritz v. Ulster Publishing Company, Inc. |
| 1:20-cv-00354-FJS-CFH | Boesen v. DiMoro Enterprises, LLC |
| 1:20-cv-00528-LEK-CFH | Winslow v. The Weeklings LLC et al |

the Respondent, Richard P. Liebowitz shall notify within 15 days, by registered or certified mail return receipt requested, all clients involved in litigation matters, and the attorney or attorneys for each adverse party in such matters, of his suspension and consequent inability to act as an attorney before this Court. The notice to the client shall request the prompt substitution of another attorney, and the notice to the attorneys for adverse parties shall state the residence address of the client; and in the event a client involved in litigation does not obtain substitute counsel before the effective date of suspension for Richard P. Liebowitz, it shall be the responsibility of Richard P. Liebowitz to move pro se for leave to withdraw from the action; and it is further

ORDERED, that Richard P. Liebowitz shall file with the Clerk of this Court an Affidavit reporting that he has fully complied with the provisions of this Order, and such Affidavit shall also set forth the address to which communications with Mr. Liebowitz may be addressed; and it is further

ORDERED, that upon completion of the suspension period, Richard P. Liebowitz may reapply for admission to the Bar of this Court; and it is further

ORDERED, that the Clerk of the Court shall send a certified copy of this Order by certified mail to the Respondent at his last known address.

DATED:   December 16, 2020

Hon. Glenn T. Suddaby
Chief U.S. District Judge